IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RENEE THOMAS,

    Plaintiff,

vs.           No. 2:15-cv-00290-RB-GBW

FARMERS INSURANCE COMPANY
OF ARIZONA,

    Defendant.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the Joint Motion for Dismissal of Plaintiff's Complaint for Negligence, Declaratory Judgment, Breach of Contract and Damages and all Claims with Prejudice, Plaintiff, **RENEE THOMAS,** by and through her attorney, Ruhmann Law Firm (Charles J. Ruhmann, IV, Paul G. Tellez, and John Lomax Anderson), and Defendant, **FARMERS INSURANCE COMPANY OF ARIZONA,** by and through its attorneys of record, Riley, Shane & Keller, P.A. (Courtenay L. Keller and Tiffany L. Sanchez), the Court having considered the Joint Motion and being otherwise fully advised in the premises **FINDS**:

That the Plaintiff's Complaint for Negligence, Declaratory Judgment, Breach of Contract and Damages, including all claims and causes of action stated therein, together with all other claims and causes of action which could have been asserted therein against Defendant should be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint for Negligence, Declaratory Judgment, Breach of Contract and Damages, together with all other claims which could have been asserted therein against Defendant by Plaintiff be

and hereby are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

**RILEY, SHANE & KELLER, P.A.**

By: */s/ Tiffany L. Sanchez*
      **COURTENAY L. KELLER**
      **TIFFANY L. SANCHEZ**
*Attorneys for Defendant*
3880 Osuna Rd., NE
Albuquerque, NM 87109
(505) 883-5030


**RUHMANN LAW FIRM**

By: *Approved 01/29/16*
**CHARLES J. RUHMANN, IV**
**PAUL G. TELLEZ**
**JOHN LOMAX ANDERSON**
*Attorneys for Plaintiff*
5915 Silver Springs, Bldg. #1
El Paso, TX 79912
915-845-4529